**DISMISS and Opinion Filed February 25, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00944-CV

**SARA LYEL WILSON, Appellant**
**V.**
**MARK BENNETT WILSON, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54394-2019**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Reichek

The filing fee, docketing statement, and clerk's record in this case have not

been filed. By postcard dated October 29, 2021, we notified appellant the $205 filing

fee was due. We directed appellant to remit the filing fee within ten days and

expressly cautioned appellant that failure to do so would result in dismissal of the

appeal. Also by postcard dated October 29, 2021, we informed appellant the

docketing statement in this case was due. We cautioned appellant that failure to file

the docketing statement within ten days might result in the dismissal of this appeal

without further notice. By letter dated January 28, 2022, we informed appellant the

clerk's record had not been filed because appellant had not paid for the clerk's

record.  We directed appellant to provide, within ten days, verification she had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210944F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SARA LYEL WILSON, Appellant

No. 05-21-00944-CV        V.

MARK BENNETT WILSON,
Appellee

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-54394-2019.
Opinion delivered by Justice
Reichek. Justices Partida-Kipness
and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 25, 2022